FILED

05/09/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0244

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 23-0244

KIRK EAKIN and CATHY EAKIN,
husband and wife,

      Plaintiffs and Appellants,

v.

STATE OF MONTANA, and KEVIN DOWNS,
Lewis and Clark County Attorney,

      Defendants and Appellees.

FILED

MAY 0 9 2023

Bowen Greenwood
Clerk of Supreme Court
State of Montana

ORDER

Kirk Eakin and Cathy Eakin (hereinafter the Eakins) have filed a verified Petition for an Out-of-Time Appeal along with supporting documents. The Eakins indicate that they discussed filing a timely appeal with their attorney but that he failed to file it for them.

The Eakins provide that after spending a large amount on attorney fees, they "have decided to bring this case on [their] own." The Eakins learned that "[o]n April 21, 2023[,] [their] attorney wasn't interested in appealing the District Court ruling filed February 24, 2023." They state that they recently were advised that the sixty-day time frame for a timely appeal expired. They further state that they seek to appeal the ruling not to award attorney fees "since there never should have been a case to begin with." The Eakins include a copy of the final judgment.

M. R. App. P. 4(6) allows this Court to grant an out-of-time appeal "[i]n the infrequent harsh case and under extraordinary circumstances amounting to a gross miscarriage of justice[.]" Upon review, we conclude that the Eakins have demonstrated extraordinary circumstances. Therefore,

IT IS ORDERED that the Eakins' Petition for an Out-of-Time Appeal is GRANTED.

IT IS FURTHER ORDERED that the Eakins shall prepare, file, and serve a Notice of Appeal on or before Thursday, June 8, 2023.

The Clerk of the Supreme Court is directed to provide a copy of this Order to counsel of record and to Kirk Eaton and Cathy Eakin along with a copy of this Court's Civil Appellate Handbook.

DATED this _____ day of May, 2023.

_____
Chief Justice

_____

_____

_____

_____
Justices

2